# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

IN RE:  
Scott Anthony Marguerat  
188 Quail Point  
Pittsboro, NC 27312  

CASE NO.: 22–01961–5–PWM  

DATE FILED: September 1, 2022  

CHAPTER: 13  

Marta Malgorzata Margeurat  
188 Quail Point  
Pittsboro, NC 27312  

ORDER CONFIRMING CHAPTER 13 PLAN

THIS MATTER comes before the court upon the Chapter 13 Plan filed in the above case on November 14, 2022 at

**Docket Number 23**; and

IT APPEARING to the court that the plan should be confirmed.

NOW THEREFORE, IT IS HEREBY ORDERED that the plan is confirmed.

The trustee is directed to make payment of commissions and expenses to the trustee and fees and costs to the debtor's attorney, Travis Sasser, in the amount of $6,838.00 as reasonable compensation, of which the sum $0.00 was paid prior to the filing of this case. The balance of $6,838.00 shall be paid in such a manner as may be authorized by the trustee. In the event the fee allowed is less than requested, the debtor's attorney may request the court to reconsider the fee allowance upon appropriate motion for reconsideration to be filed with the court within 14 days of entry of this order.

The trustee is directed to pay administrative expenses and creditors with timely filed proofs of claim pursuant to the plan; the trustee is directed to make a final report and file a final account of the administration of the estate with the court; the debtor(s) shall not transfer any interest in real property without prior approval of the court except as provided in Local Bankruptcy Rule 4002–1(g)(4) and (5); and this order does not prejudice the debtor(s) or trustee from objecting to claims or from bringing any applicable avoidance action.

DATED: December 19, 2022

Pamela W McAfee  
United States Bankruptcy Judge